COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-152-CV

IN RE UBS FINANCIAL SERVICES, INC. RELATOR

------------

ORIGINAL PROCEEDING

------------

AND

NO. 2-05-153-CV

       

IN THE ESTATE OF EDITH P. COMER, DECEASED 

------------

FROM 
PROBATE COURT NO. 1 
OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion to Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we withdraw our June 30, 2005 opinion and judgments, dismiss appellant’s pending motion for rehearing en banc, and dismiss the above referenced appeal and original proceeding.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), (c), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM

PANEL A: DAUPHINOT, LIVINGSTON, and WALKER, JJ. 

DELIVERED: September 15, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.